# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-3071-01-CR-S-FJG |
| James Dooley, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant's motion to dismiss (Doc. #17), filed March 17, 2008; the government's response (Doc. #19), filed March 31, 2008; and defendant's reply (Doc. #21), filed April 4, 2008.

On April 14, 2008, Chief United States Magistrate James C. England entered a report and recommendation (Doc. #22) which recommended denying the above-mentioned motion. Exceptions to the report and recommendation were filed by defendant on April 15, 2008 (Doc. #23).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to dismiss (Doc. #19), filed March 31, 2008, must be denied.

Accordingly, it is

ORDERED that Chief Magistrate England's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to dismiss (Doc. #17), filed March 17, 2008, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 4/24/08
Kansas City, Missouri